**BRYAN CAVE LEIGHTON PAISNER LLP**
Alexandra C. Whitworth, California Bar No. 303046
Adam A. Vukovic, California Bar No. 301392
Emily Yu, California Bar No. 348002
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: alex.whitworth@bclplaw.com
adam.vukovic@bclplaw.com
emily.yu@bclplaw.com

Attorneys for Defendant
CITIBANK, N.A. and JESSE TYRE-KARP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHUMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITIBANK, N.A.; JESSE TYRE-KARP; AND DOES 1-100,<br><br>　　　　Defendants. | Case No.<br><br>[Los Angeles County Superior Court Case No. 23STCV18993]<br><br>**DECLARATION OF ADAM VUKOVIC SUPPORTING NOTICE OF REMOVAL OF DEFENDANTS CITIBANK, N.A. AND JESSE TYRE-KARP**<br><br>[Filed concurrently with Notice of Removal, Civil Cover Sheet, and Corporate Disclosure Statement] |

USA.609103919.1/LZ1

## DECLARATION OF ADAM A. VUKOVIC

I, Adam A. Vukovic, declare:

1) I am an attorney at law, duly licensed to practice before this Court and the courts of the State of California. I am an Associate with the law firm of Bryan Cave Leighton Paisner LLP, attorneys for defendants Citibank, N.A ("Citibank") and Jesse Tyre-Karp (together, "Defendant"). I offer this declaration in support of Defendants' Notice of Removal. This declaration is based on my own personal knowledge concerning the matters stated herein, unless otherwise stated, and I am willing and capable of testifying to these matters if called upon to do so.

2) On or about August 9, 2023, plaintiff Steven Schuman ("Plaintiff") filed a petition in the Superior Court of California, County of Los Angeles, Case No. 23STCV18993 (the "State Court Petition"). A true and correct copy of the State Court Petition is attached hereto as **Exhibit 1**. On September 6, 2023, Plaintiff filed a Notice of Errata with the Court, submitting exhibits initially omitted from his original filing. A true and correct copy of Plaintiff's Notice of Errata is attached hereto as **Exhibit 2**.

3) On September 13, 2023, Citibank and Tyre-Karp executed Notices and Acknowledgement of receipt of the Summons and Complaint, true and correct copies of which are attached hereto as **Exhibit 3**.

4) Citibank is a federally chartered National Banking Association, organized and existing under and by virtue of the laws of the United States. Citibank's main office, as set forth in its articles of association, and its principal place of business, is located at 5800 South Corporate Place, Sioux Falls, South Dakota.

///
///
///

5) Attached hereto as **Exhibit 4** are true and correct copies of all other all pleadings, process, and orders filed in the State Court Petition as of today's date.

Dated: October 13, 2023

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: _____
Adam A. Vukovic
Attorney for Defendants CITIBANK, N.A. and JESSE TYRE-KARP